UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO RAMIREZ-BALDENEBRO,<br><br>    Petitioner,<br><br>  v.<br><br>LINDA SAUNDERS, Warden,<br><br>    Respondent. | No. CV 12-292-VBF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: 3-14-12

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE